632

No. 698. FRAME v. HUDSPETH, WARDEN.

March 25, 1940. *Per Curiam:* The motion for leave to proceed *in forma pauperis* is granted. The petition for certiorari is also granted, and, upon consent of the Solicitor General, the judgment of the Circuit Court of Appeals is reversed and the cause remanded to the District Court for the purpose of making a full inquiry into the mental status of the petitioner at the time he entered the pleas of guilty. *Perry Frame, pro se.*

No. 463. BERGER, RECEIVER, v. CHASE NATIONAL BANK;

No. 464. SCHRAM, RECEIVER, v. SAME;

No. 465. WARDELL, RECEIVER, v. SAME;

No. 466. YOUNG, SUCCESSOR TO HARDEE, RECEIVER, v. SAME; and

No. 467. FEUCHT ET AL., LIQUIDATING TRUSTEES, v. SAME. March 25, 1940. The petition for writs of certiorari is granted, and the judgments of the Circuit Court of Appeals are affirmed. *Woodring* v. *Wardell, ante,* p. 527; *Inland Waterways Corp.* v. *Young, ante,* p. 517. The CHIEF JUSTICE, MR. JUSTICE MCREYNOLDS, and MR. JUSTICE ROBERTS dissent. MR. JUSTICE MURPHY took no part in the consideration or decision of this cause. *Messrs. John Vance Hewitt, Swagar Sherley, Charles F. Wilson, Brice Clagett, George B. Springston, Martin Conboy,* and *George P. Barse* for petitioners. *Mr. Henry Root Stern* for respondent.